that where there has been performance on one side, accepted by the other in accordance with the contract, the statute shall not apply." *Flagg* v. *Hitchcock*, 143 *Ga.* 380 (2) (85 S. E. 125). See also *Wooten* v. *Wilcox*, 87 *Ga.* 474 (13 S. E. 595); *Goolsby* v. *Bush*, 53 *Ga.* 353 (1); *Alford* v. *Davis*, 21 *Ga. App.* 820 (2) (95 S. E. 313); *Holcomb* v. *Mashburn*, 10 *Ga. App.* 781 (74 S. E. 307). The contract between the plaintiff and the defendant, so far as it obligated plaintiff, was performed, and the defendant, having received the benefit of this performance, is bound by the terms of the contract.

2. Neither the exceptions pendente lite nor the motion for a new trial show any cause for a reversal of the judgment. Two juries have rendered a verdict in favor of the plaintiff; the trial judge has twice approved such a finding, and no sufficient reason is shown for our interference with the judgment complained of on this the second trial of the case.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

---

## 17808.   CONKLE *v.* THE STATE.

BLOODWORTH, J. There was evidence to support the verdict, and the special ground of the motion for a new trial was not approved by the trial judge. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
                    DECIDED MARCH 8, 1927.

Attempt to make intoxicating liquor; from Clayton superior court—Judge Hutcheson. October 23, 1926.

*Charles H. Griffin* and *O. J. Coogler,* for plaintiff in error.
*Claude C. Smith, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 255, n. 53; p. 271, n. 41.

---

## 17809.   CONKLE *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the grounds of the amendment to the motion for a new trial, and the evidence authorized the verdict. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
                    DECIDED MARCH 8, 1927.

Criminal Law, 17 C. J. p. 255, n. 53.